UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PATRICK CAMPBELL,

    Plaintiff,

v.                                                            Case No. 6:18-cv-157-Orl-37GJK

ALPHA TELEKOM, LLC; and ANGEL
P. GONZALEZ,

    Defendants.
_____

## ORDER

Plaintiff initiated this action against his former employer for unpaid wages, overtime and regular, in violation of the Fair Labor Standards Act ("**FLSA**"). (*See* Doc. 1.) The parties then moved for approval of their FLSA settlement agreement under *Lynn's Food Stores, Inc. v. United States ex rel. United States Department of Labor*, 679 F.2d 1350, 1355 (11th Cir. 1982). (Doc. 35.) On referral, U.S. Magistrate Judge Gregory J. Kelly recommends granting that motion and approving the settlement amount as fair and reasonable. (Doc. 36 ("**R&R**").)

The parties then filed a joint notice of no objection to the R&R. (Doc. 37.) Absent objections, the Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the Court concludes that the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

-1-

1. U.S. Magistrate Judge Gregory J. Kelly's Report and Recommendation (Doc. 36) is **ADOPTED, CONFIRMED,** and made a part of this Order.

2. The parties' Joint Motion for Court Approval of the Settlement Agreement (Doc. 35) is **GRANTED**.

3. The Settlement Agreement and Limited Release (Doc. 35-1) is **APPROVED**.

4. This action is **DISMISSED WITH PREJUDICE**.

5. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on November 21, 2018.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record